# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. CR06-160 JCC |
| v. ) | |
| ) | **PROPOSED FINDINGS OF FACT AND** |
| JACQUES M. SUTTON, ) | **DETERMINATION AS TO ALLEGED** |
| ) | **VIOLATIONS OF SUPERVISED** |
| Defendant. ) | **RELEASE** |
| ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 19, 2008. The defendant appeared pursuant to a warrant. The United States was represented by Andrew Friedman, and defendant was represented by Carol Koller. Also present was U.S. Probation Officer Thomas J. Fitzgerald. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on November 17, 2006 for being a felon in possession of a firearm. He received 30 months of imprisonment and three years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS AND
## DEFENDANT'S ADMISSION OF THE VIOLATIONS

In a petition dated April 25, 2008, Supervising U.S. Probation Officer Thomas J. Fitzgerald alleged that defendant violated the following conditions of supervised release:

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

1. Failing to report to the US probation office within 72 hours of release from custody of the bureau of prisons on or before April 7, 2008, in violation of the general terms of supervised release.

2. Failing to report to the US probation officer, as directed on April 20 1, 2008, in violation of standard condition two.

3. Failing to notify the US probation officer of change in employment, on or about April 7, 2008, in violation of standard condition six.

4. Failing to notify the US probation officer of change in residence on or about April 22, 2008, in violation of standard condition six.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed that the matter would be set for a disposition hearing before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. No request for release was made and defendant remains in custody pending disposition.

DATED this 19th day of August, 2008.

s/ Brian A. Tsuchida
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2