UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-160-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| JACQUES M. SUTTON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 17, 2008. The United States was represented by AUSA Andrew D. Friedman and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 17, 2006 by the Honorable John C. Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 30 months custody with credit for time served, 3 years supervised release. (Dkt. 27.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug program, abstain from alcohol, and submit to search.

On August 19, 2008, defendant admitted violating the conditions of supervised release by failing to report to the probation office, failing to notify his probation officer of a change in employment, and failing to notify his probation officer of a change of residence. (Dkt. 35.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

In an application dated August 28, 2008 (Dkt. 36), U.S. Probation Officer Thomas J. Fitzgerald alleged the following violations of the conditions of supervised release, which were incorporated into the pending proceedings:

5. Committing the crime of Attempting to Elude a Pursuing Police Vehicle, on or about June 18, 2008, in violation of his mandatory condition of supervised release that he not commit another federal, state or local crime.

6. Associating with Angela B. Olsowski, a convicted felon engaging in criminal activity, on or about June 18, 2008, in violation of standard condition number nine of his supervised release.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation 5 and waived any evidentiary hearing as to whether it occurred. (Dkt. 38.) The government moved to dismiss alleged violation 6.

I therefore recommend the Court find defendant violated his supervised release as alleged in violation 5, that the Court dismiss violation 6, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 17th day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Andrew C. Friedman
Defendant's attorney: Jennifer Wellman
Probation officer: Patrick Robertson for Thomas J. Fitzgerald